# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**MEGAN BOSI,**

    Plaintiff,

v.                                                   Case No: 5:24-cv-351-MMH-PRL

**SPECIAL OLYMPICS FLORIDA, INC.,**

    **Defendant.**
_____/

## ORDER

The IDEAL Case Management hearing has been held in this case. The docket shows that the parties have not consented to the IDEAL Program and have not filed a case management report pursuant to paragraph 4 of the Order referring the case for consideration of the IDEAL program.

Accordingly, the parties shall submit their case management report for the district judge's consideration within seven days from today, failing which the case may be dismissed for lack of prosecution.

**DONE** and **ORDERED** in Ocala, Florida on August 20, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties